# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOJANIC, GORAN § Case No. 07-17825 SQU
BOJANIC, ZEHRA §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
           CLERK OF BANKRUPTCY COURT
           KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/22/2011 in Courtroom 4016,
           DuPage County Courthouse
           505 N. County Farm Rd.
           Wheaton, IL 60108
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/16/2011          By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BOJANIC, GORAN § Case No. 07-17825 SQU
BOJANIC, ZEHRA §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,519.42 |
| and approved disbursements of | $ | 21.54 |
| leaving a balance on hand of[1] | $ | 6,497.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,401.94 | $ 0.00 | $ 1,401.94 |
| Other: International Sureties Ltd. | $ 5.52 | $ 5.52 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,401.94 |
| Remaining Balance | | $ | 5,095.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,393.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | Internal Revenue Service | $ 17,393.60 | $ 0.00 | $ 5,095.94 |
| | Total to be paid to priority creditors | | | $ 5,095.94 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,224.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Verizon | $ 137.98 | $ 0.00 | $ 0.00 |
| 000002 | Recovery Management Systems Corporation | $ 3,955.36 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank/DFS Services LLC | $ 2,415.73 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA,N.A | $ 300.22 | $ 0.00 | $ 0.00 |
| 000005 | LVNV Funding LLC | $ 5,761.09 | $ 0.00 | $ 0.00 |
| 000006 | LVNV Funding LLC | $ 837.56 | $ 0.00 | $ 0.00 |
| 000007A | Internal Revenue Service | $ 4,215.37 | $ 0.00 | $ 0.00 |
| 000008 | Roundup Funding, LLC | $ 3,791.71 | $ 0.00 | $ 0.00 |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 3,809.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                              Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 07-17825-JHS
Goran Bojanic                                                  Chapter 7
Zehra Bojanic
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mhenley             Page 1 of 2         Date Rcvd: Jun 17, 2011
                               Form ID: pdf006           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2011.
```
db/jdb     +Goran Bojanic,    Zehra Bojanic,    1361 Branchwood Circle, Apt. 202,    Naperville, IL 60563-4107
aty        +Natasha Bukorovic,    Natasha Bukorovic, Attorney at Law,    8935 Broadway,
             Merrillville, IN 46410-7039
tr         +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11643049   +Aco Stojanov,    7250 Court St.,    New Port Richey, FL 34652-1202
11643051    Allied Data Corporation,    13111 Westheimer, Suite 400,    Houston, TX 77077-5547
11643052    Allied Interstate,    3000 Corporate Road,    Columbus, OH 43231
11643053   +American Med,    3570 Executive Dri,    Uniontown, OH 44685-6713
11643054   +Arrow Financial Services,    5996 W. Touhy Ave,    Niles, IL 60714-4610
11643056    Baker, Miller, Markoff & Grasny,    29 N. Wacker, 5th Floor,    Chicago, IL 60606-2854
11643060    Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11643059    Bank of America,    P.O. Box 7047,    Dover, DE 19903
11643057   +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
11643061    Baptist Hospital West,    P.O. Box 415000 MSC410203,    Nashville, TN 37241-5000
11643062    Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
11643063   +Blatt Hasenmiller Leibsker & Moore,    125 S.Wacker Drive, Suite 400,    Chicago, IL 60606-4440
11643064   +Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
11643065   +Cablevision,    1111 Stewart Ave.,    Bethpage, NY 11714-3581
11643067   +Capital One Bank,    P.O. Box 85520,    Richmond, VA 23285-5520
11878210   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11643077   +ER Solutions,    P.O. Box 6030,    Hauppauge, NY 11788-9030
11643075    Eichenbaum & Stylianou, LLC,    10 Forest Avenue,    P.O. Box 914,    Paramus, NJ 07653-0914
11643079    First Collect Inc.,    P.O. Box 7900,    Sparks, MD 21152
11643081   +First Revenue Assurance,    200 Fillmore St., Suite 300,    Denver, CO 80206-5024
11643085    Frost-Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
11643090   +GMAC,    P.O. Box 105677,    Atlanta, GA 30348-5677
11643089   +Georgia EMS Ambulance,    P.O. Box 440573,    Kennesaw, GA 30160-9510
11643092   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
11643099    Law Offices of Mitchel N. Kay,    P.O. Box 2374,    Chicago, IL 60690-2374
11643103   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
            (address filed with court:   NCO Financial,    P.O. Box 41466,    Philadelphia, PA 19101)
11643108    NCO Financial Systems, Inc.,    P.O. Box 15630,    Dept. 61,    Wilmington, DE 19850-5630
11643105   +NCO Financial Systems, Inc.,    P.O. Box 4906,    Dept. 09,    Trenton, NJ 08650-4906
11643102    National Action Financial Services,    165 Lawrence Bell Drive, Suite 100,    P.O. Box 9027,
             Buffalo, NY 14231-9027
11643111    Patient Account Bureau,    6621 Bay Circle Ste 180,    Norcross, GA 30071-1218
11643113    Penn Credit Corp.,    P.O. Box 988,    Harrisburg, PA 17108-0988
11643115   +Pentagroup Financial,    5959 Corporate Drive, Suite 1400,    Houston, TX 77036-2311
11643119    Plaza Associates,    P.O. Box 18008,    Hauppauge, NY 11788-8808
11643122    Quantum Radiology Northwest PC,    598 Nancy St. SW,    Marietta, GA 30060-1362
11643123   +Raj Kumar Kothari, M.D.,    5665 New Northside Drive NW,    Suite 320,    Atlanta, GA 30328-5834
11643125   +Reports Inc,    P.O. Box 10305,    601 Concorde Street Ste 116,    Knoxville, TN 37919-3340
11643127    Rural/Metro of Tennessee, L.P.,    P.O. Box 1026,    Scottsdale, AZ 85252-1026
11643128   +SIMM Associates, Inc.,    800 Pencader Drive,    Newark, DE 19702-3354
11643130    State of New Jersey,    Department of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
11643132   +The Bortolazzo Group LLC,    3950 Austell Rd.,    Austell, GA 30106-1121
11643134   +Trs/Cigpflcorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13072791   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2011 23:53:43
             AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11643050   +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 17 2011 22:59:35      Alliance One,
             1160 Centre Pointe Drive, Suite #1,    Mendota Heights, MN 55120-1270
11643055   +E-mail/Text: ACF-EBN@acf-inc.com Jun 17 2011 22:59:24      Atlantic Credit and Finance, Inc.,
             3353 Orange Ave.,    Roanoke, VA 24012-6335
11643066   +E-mail/Text: cms-bk@cms-collect.com Jun 17 2011 22:59:57      Capital Management Services, Inc.,
             726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
11643068   +E-mail/Text: bkr@cardworks.com Jun 17 2011 22:59:20      Card Service Center,    P.O. Box 9201,
             Old Bethpage, NY 11804-9001
11643071    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:56:10      Discover Financial Services,
             P.O. Box 15316,    Wilmington, DE 19850
11798747    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:56:10
             Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11643073   +E-mail/Text: KSMITH@DURHAM-DURHAM.COM Jun 17 2011 22:58:53      Durham & Durham, LLP,
             Attorneys at Law,    5665 New Northside Dr., Suite 340,    Atlanta, GA 30328-5834
11643087   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2011 23:58:01      GEMB,    P.O. Box 981439,
             El Paso, TX 79998-1439
11643096   +E-mail/PDF: cr-bankruptcy@kohls.com Jun 17 2011 23:58:28      Kohls,    N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1            User: mhenley              Page 2 of 2              Date Rcvd: Jun 17, 2011
                                Form ID: pdf006            Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
11643100     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 17 2011 22:57:09     LVNV Funding,
              P.O. Box 740281,   Houston, TX 77274-0281
11892941      E-mail/Text: resurgentbknotifications@resurgent.com Jun 17 2011 22:57:10     LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11643109     +E-mail/Text: bankrup@nicor.com Jun 17 2011 22:57:16     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
11643121     +E-mail/Text: bkr@cardworks.com Jun 17 2011 22:59:20     Presidio/Cm,   101 Crossway Park West,
              Woodberry, NY 11797-2020
11699203      E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2011 23:58:03
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11795667     +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2011 23:58:05
              Recovery Management Systems Corporation,   For YESSG I,   As Assignee of HOUSEHOLD BANK,
              25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
11980809      E-mail/PDF: BNCEmails@blinellc.com Jun 17 2011 23:55:56     Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
11786599     +E-mail/PDF: bankruptcyverizoncom@afni.com Jun 17 2011 23:54:10     Verizon,
              Bankruptcy Department,   3900 Washington St,   Wilmington, DE 19802-2125
11643135     +E-mail/Text: deborah.goodner@wellstar.org Jun 17 2011 23:00:02     Wellstar,
              805 Sandy Plains Road,   Marietta, GA 30066-6340
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
11643058*    +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
11643117*    +Pentagroup Financial LLC,   5959 Corporate Drive, Suite 1400,   Houston, TX 77036-2311
11643083     ##FMS Inc.,   P.O. Box 18062,   Hauppauge, NY 11788-8862
11643094     ##Knoxville Emergency Physicians,   P.O. Box 343,   Knoxville, TN 37901-0343
11643137     ##+West Asset Management,   P.O. Box 724498,   Atlanta, GA 31139-1498
                                                                               TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**          **Signature:**   _Joseph Speetjens_