UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOJANIC, GORAN § Case No. 07-17825
BOJANIC, ZEHRA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                 . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aco Stanjov |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of New Jersey | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance One | | | | | |
| | Allied Data - Kohls | | | | | |
| | Allied Interstate - Nextel | | | | | |
| | American Medical | | | | | |
| | Arrow Financial | | | | | |
| | Arrow Financial - GE Money Bank | | | | | |
| | Atlantic Credit Card and Finance | | | | | |
| | Baker, Miller, Markoff & Grasny HSBC | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Bank of America | | | | | |
| | Bank of America | | | | | |
| | Bank of America | | | | | |
| | Baptist Hospital West | | | | | |
| | Baptist Hospital West | | | | | |
| | Blitt & Gaines<br>Capital One | | | | | |
| | Cablevision | | | | | |
| | Capital One | | | | | |
| | Captial Managment<br>LVNV Funding | | | | | |
| | Card Service Center | | | | | |
| | Durham & Durham<br>Bortolozo Group | | | | | |
| | ER Solutions<br>Cablevision | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eichenbaum & Stylianou, LLC Capital One | | | | | |
| | FMS Inc. Kohls | | | | | |
| | First Collect Northern NJ Emergency | | | | | |
| | First Revenue Assurance | | | | | |
| | Frost-Arnett Company Quantum Radiology Northwest PC | | | | | |
| | GEMB | | | | | |
| | GMAC | | | | | |
| | Georgia EMS Ambulancc | | | | | |
| | Knoxville Emergency Physicians | | | | | |
| | Kohl's | | | | | |
| | Kohl's | | | | | |
| | LVNV Funding | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Mitchel N. Kay<br>LVNV Funding | | | | | |
| | NCO Financial | | | | | |
| | NCO Financial Systems, Inc.<br>Captial One | | | | | |
| | NCO Financial Systems, Inc.<br>Kohl's | | | | | |
| | National Action Financial Services<br>LVNV Funding | | | | | |
| | Nicor Gas | | | | | |
| | Patient Account Bureau<br>Wellstar Patient Account Bureau Kennestone Hospital | | | | | |
| | Penn Credit<br>Verizon | | | | | |
| | Pentagroup Financial<br>Sprint | | | | | |
| | Pentagroup Financial LLC<br>Fleet Bank credit card | | | | | |

Case 07-17825    Doc 35    Filed 11/08/11    Entered 11/08/11 10:37:44    Desc Main
          Document      Page 9 of 15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Plaza Associates Providian Bank |  |  |  |  |  |
|  | Presidio/Cm |  |  |  |  |  |
|  | Quantum Radiology Northwest PC |  |  |  |  |  |
|  | Raj Kumar Kothari, M.D. |  |  |  |  |  |
|  | Reports, Inc. Knox Emergency Physcians |  |  |  |  |  |
|  | Rural/Metro of Tennessee, L.P. |  |  |  |  |  |
|  | SIMM Associates, Inc. Discover Financial |  |  |  |  |  |
|  | The Bortolazzo Group LLC |  |  |  |  |  |
|  | Trs/Cigpf1corp |  |  |  |  |  |
|  | Wellstar |  |  |  |  |  |
|  | West Asset Management Chase Manhattan Bank |  |  |  |  |  |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000004 | CHASE BANK USA,N.A |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000007A | INTERNAL REVENUE SERVICE | | | | | |
| 000005 | LVNV FUNDING LLC | | | | | |
| 000006 | LVNV FUNDING LLC | | | | | |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000008 | ROUNDUP FUNDING, LLC | | | | | |
| 000001 | VERIZON | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 07-17825    Doc 35    Filed 11/08/11    Entered 11/08/11 10:37:44    Desc Main
Case 07-17825  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT    Page: 1
Document    ASSET CASES    Page 11 of 15

| Case No: | 07-17825 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BOJANIC, GORAN | Date Filed (f) or Converted (c): | 09/28/07 (f) |
|  | BOJANIC, ZEHRA | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: | 11/02/11 | Claims Bar Date: | 02/29/08 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH TCF BANK | 200.00 | 0.00 |  | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH TCF | 100.00 | 0.00 |  | 0.00 | FA |
| 3. MISCELLANEOUS USED HOUSEHOLD GOODS INCLUDING TV, C | 2,000.00 | 0.00 |  | 0.00 | FA |
| 4. PERSONAL USED CLOTHING | 400.00 | 0.00 |  | 0.00 | FA |
| 5. WATCH, GOLD BRACELET, 3 GOLD CHAINS, 2 GOLD RINGS | 350.00 | 0.00 |  | 0.00 | FA |
| 6. 1998 MERCEDES BENZ M 320 130,000 MILES | 6,000.00 | 0.00 |  | 0.00 | 0.00 |
| 7. 1991 FORD ECONOLINE VAN 250,000 MILES | 500.00 | 0.00 |  | 0.00 | FA |
| 8. 1998 VOLVO SEMI-TRUCK 1.3 MILLION MILES | 12,000.00 | 0.00 |  | 6,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 19.51 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $21,550.00    $0.00    $6,519.51    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare final report

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 05/31/11

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-17825 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BOJANIC, GORAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | BOJANIC, ZEHRA | | Account Number / CD #: | *******4532 BofA - Money Market Account |
| Taxpayer ID No: | *******5689 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/07 | 8 | Zehra Bojanic | Sale of Vehicle Back to Debtor | 1129-000 | 6,500.00 | | 6,500.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.87 | | 6,502.87 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.58 | | 6,505.45 |
| 02/11/08 | 000301 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 6.12 | 6,499.33 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.55 | | 6,500.88 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.54 | | 6,502.42 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.33 | | 6,503.75 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.82 | | 6,504.57 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.81 | | 6,505.38 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.83 | | 6,506.21 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.82 | | 6,507.03 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.80 | | 6,507.83 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.63 | | 6,508.46 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.53 | | 6,508.99 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 6,509.32 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,509.37 |
| 02/17/09 | 000302 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 5.07 | 6,504.30 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,504.35 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,504.41 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,504.55 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,504.72 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,504.88 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,505.05 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,505.22 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,505.38 |

Page Subtotals 6,516.57 11.19

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.04e

LFORM24

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-17825 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | BOJANIC, GORAN | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | BOJANIC, ZEHRA | | Account Number / CD #: | *******4532 BofA - Money Market Account | |
| Taxpayer ID No: | *******5689 | | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,505.54 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,505.71 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,505.88 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,506.05 |
| 02/09/10 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 4.83 | 6,501.22 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,501.37 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,501.54 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,501.70 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,501.86 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,502.03 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,502.19 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,502.36 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,502.52 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,502.68 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,502.84 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,503.01 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,503.18 |
| 02/07/11 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 5.52 | 6,497.66 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,497.71 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,497.77 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,497.82 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.06 | | 6,497.88 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.05 | | 6,497.93 |
| 07/21/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.04 | | 6,497.97 |
| 07/21/11 | | Transfer to Acct #*******4069 | Final Posting Transfer | 9999-000 | | 6,497.97 | 0.00 |

| | | | | Page Subtotals | 2.94 | 6,508.32 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 16.04e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17825 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | BOJANIC, GORAN | Bank Name: | BANK OF AMERICA, N.A. |
| | BOJANIC, ZEHRA | Account Number / CD #: | *******4532  BofA - Money Market Account |
| Taxpayer ID No: | *******5689 | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,519.51 | 6,519.51 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,497.97 | |
| | | | Subtotal | | 6,519.51 | 21.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,519.51 | 21.54 | |

Page Subtotals    0.00    0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

LFORM24

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 07-17825 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | BOJANIC, GORAN | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | BOJANIC, ZEHRA | | Account Number / CD #: | *******4069  BofA - Checking Account | |
| Taxpayer ID No: | *******5689 | | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/11 | | Transfer from Acct #*******4532 | Transfer In From MMA Account | 9999-000 | 6,497.97 | | 6,497.97 |
| 07/21/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,401.94 | 5,096.03 |
| 07/21/11 | 003002 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000007B, Payment 29.29831% | 5800-000 | | 5,096.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,497.97 | 6,497.97 | 0.00 |
| Less:  Bank Transfers/CD's | 6,497.97 | 0.00 | |
| Subtotal | 0.00 | 6,497.97 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,497.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******4532 | 6,519.51 | 21.54 | 0.00 |
| BofA - Checking Account - *******4069 | 0.00 | 6,497.97 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,519.51 | 6,519.51 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,497.97     6,497.97

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 16.04e

LFORM24